**Henry JAMES, Plaintiff-Appellant,**

v.

**M. BAILEY, Assistant Warden; S. Cain, Lieutenant; J. Lewis, Correctional Officer; Harold Clarke, Director of Virginia Department of Corrections, Defendants-Appellees.**

No. 17-6153

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

Henry James, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *James v. Bailey*, No. 3:15-cv-00519-JAG-RCY (E.D. Va. Jan. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*